Order on Chapter 13 Debtor's Motion – Page 1                                F 3015-1.14

| In re:<br>DAVID J. BOWEN<br>ANGELICA M. BOWEN<br>ORIGINAL<br>Debtor(s). | CHAPTER 13 TRUSTEE<br>CASE NUMBER   10-19228-MJ |
|---|---|

Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number

Rod Danielson
4361 Latham Street, Ste. 270
Riverside, CA 92501
OFFICE # (951) 826-8000
FAX # (951) 826-8090

FILED
AUG 25 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

LODGED
AUG 24 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

FOR COURT USE ONLY

ENTERED
AUG 27 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

☐ Attorney for
☐ Pro Se Debtor
X Chapter 13 Trustee

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br>CASE NUMBER   10-19228-MJ |
|---|---|
| In re:<br>DAVID J. BOWEN<br>ANGELICA M. BOWEN<br>Debtor(s). | (No Hearing Required) |

## ORDER DISMISSING CHAPTER 13 CASE

There being no opposition to the Chapter 13 Trustee's motion to dismiss filed on **8/2/2010**

IT IS HEREBY ORDERED that the Trustee's motion is GRANTED, and the case is dismissed, without prejudice.

Dated: AUG 25 2010

_____
UNITED STATES BANKRUPTCY JUDGE